

266 So.2d 444

Tommy G. STEWART et al.

v.

NATIONAL INDEMNITY COMPANY et al.

No. 52752.

Sept. 27, 1972.

Writ denied. Under the facts found by the previous courts, there is no error of law.

■

266 So.2d 444

LAFAYETTE AIRPORT COMMIS-SION et al.

v.

J. Maxime ROY et al.

No. 52756.

Sept. 27, 1972.

McCALEB, C. J., is of the opinion that the application should be granted as a matter of right. See State v. Hayward, 243 La. 1036, 150 So.2d 6.

■

266 So.2d 444

LAFAYETTE AIRPORT COMMIS-SION et al.

v.

J. Maxime ROY et al.

No. 52757.

Sept. 27, 1972.

McCALEB, C. J., is of the opinion that the application should be granted.